# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0364. GRANT v. THE STATE.**

In this appeal, which was docketed on September 16, 2024, Cordell Grant challenges the trial court's judgment finding him in violation of his probation, adjudicating him guilty of an offense to which he had previously been sentenced as a first offender, and re-sentencing him. The appeal, and the claims of error raised in Grant's brief of appellant, are duplicative of the claims raised and adressed in Case No. A24A1806, in which we affirmed the trial court's judgment. See Case No. A24A1806 (unpublished opinion, dated February 18, 2025). Accordingly, this appeal is hereby DISMISSED as duplicative and moot.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  02/25/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*